944 F.2d 896
 Antinoph (Janice), Budovitch (Florence), Chalphin (Pat),
Edelson (Harold, Rita), Epstein (Miriam), Watson
(Lynette, George, Linda), Edelson
(Rita), Estate of Edelson (Harold)
v.
Laverell Reynolds Securities, Inc., Laverell (Judson D.),
Reynolds (Roger A.), Siemon (Mark), Broadcort Capital Corp.
 NO. 91-1226
 United States Court of Appeals,
Third Circuit.
 AUG 26, 1991
 
 Appeal From: E.D.Pa.,
 Hutton, J.
 
 
 1
 AFFIRMED.